**Opinion issued November 10, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00798-CV

————————————

## IN RE VERONICA LOWE, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Veronica Lowe, has filed a petition for a writ of mandamus contending that respondent, the Honorable Judy Warne, has refused to sign an order transferring a suit affecting the parent-child relationship and seeking issuance of a writ directing respondent to sign an order transferring the proceeding to Lubbock County.[1]

---

[1] The underlying case is *In the Interest of T.L.-B. and P.L.-B.*, Cause No. 2015-46034, in the 257th District Court of Harris County, the Honorable Judy Warne presiding.

We deny the petition and vacate our October 7, 2016 order staying the trial court proceedings.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.